E-Filed: **10/21/09**
**JS-6**

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Sennen Rondares** ) | **CASE NO. CV 09-5650-GHK (PLAx)** |
| )| |
| **Plaintiff,** ) | **JUDGMENT** |
| ) | |
| **v.** ) | |
| ) | |
| **Primus Lending Corp. et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |
| _____) | |

     Based on our October 5, 2009 Order granting Defendants GMAC Mortgage, LLC ("GMAC"), Executive Trustee Services, LLC ("ETS"), and LSI Title Co.'s ("LSI") Motion to Dismiss against Plaintiff, **IT IS HEREBY ADJUDGED** that Plaintiff's claims are **DISMISSED WITH PREJUDICE** with respect to Defendants GMAC, ETS, and LSI.

     Based on our October 21, 2009 Order dismissing the remaining Defendants for failure to prosecute,  **IT IS HEREBY ADJUDGED** that Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** with respect to Defendants Primus Lending Corp., Financial Title Co., and Mortgage Electronic Registration Systems, Inc.

     **IT IS SO ORDERED**.

DATED: October 21,  2009

_____
GEORGE H. KING
United States District Judge